Magistrate Judge J. Kelley Arnold  *KAREN L. STRUMBOM*

FILED ___ LODGED ___
___ RECEIVED
AUG 18 2005
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                        DEPUTY

05-MJ-05148-M

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IN RE SEARCH WARRANT ) NO. 05-S148M
) MOTION FOR AND ORDER
) SEALING AFFIDAVIT
)
)
)

The United States of America, by and through John McKay, United States Attorney for the Western District of Washington, and Arlen R. Storm, Assistant United States Attorney for said District, moves this Court for an order sealing the affidavit in support of the search warrants signed on August 18, 2005.

The disclosure of the affidavit may lead to the destruction of evidence. Since there is no reason to reveal the nature of the investigation until such time as a court determines that said revelation is necessary to permit an indicted defendant to attack the validity of the search, the undersigned moves the Court for an order sealing the affidavit and this motion until further order of the court.

DATED this 18 day of August, 2005.

JOHN McKAY
United States Attorney

ARLEN R. STORM
Assistant United States Attorney

MOTION AND ORDER SEALING AFFIDAVIT - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## ORDER

Based on the above motion, the affidavit of United States Postal Inspector James Vach submitted in support of the aforementioned search warrants, and the motion to seal, are to be sealed by the Clerk of the Court until further order.

_____
UNITED STATES MAGISTRATE JUDGE